# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- |
| v. | (For Revocation of Probation or Supervised Release) |
| ANTHONY JOHN MARCINEK | Case Number: 8:01-cr-450-T-23MSS |
| | USM Number: 39144-053 |
| | Defendant's Attorney: James Smith |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraph 5 of the August 12, 2008, superceding petition (Doc. 45).

| Violation Number | Nature of Violation | Date Violation Ended |
| --- | --- | --- |
| 5 | Criminal Possession of Narcotics | March 10, 2008 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

__X__  The United States withdraws the violations charged in numbered paragraphs 1 through 4.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 18, 2008
Date of Imposition of Sentence

_[signature]_
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

September 18th, 2008
Date

DEFENDANT: **ANTHONY JOHN MARCINEK**  
CASE NUMBER: **8:01-cr-450-T-23MSS**

Judgment - Page _2_ of _3_

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **fourteen (14) months**

__X__   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:   ANTHONY JOHN MARCINEK                    Judgment - Page 3 of 3
CASE NUMBER: 8:01-cr-450-T-23MSS

## SUPERVISED RELEASE

No further term of supervision imposed.

Case 8:01-cr-00450-SDM   Document 50   Filed 09/18/08   Page 3 of 3 PageID 42
AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation:          Sheet 3 - Supervised Release

DEFENDANT:   ANTHONY JOHN MARCINEK                    Judgment - Page 3 of 3
CASE NUMBER: 8:01-cr-450-T-23MSS